1  **Law Offices of Pasquale F. Giannetta**
2  **475 Bloomfield Avenue**
3  **Newark, NJ 07107**
4  **(973) 482-7910**
5

6

7  **UNITED STATES DISTRICT COURT OF NEW JERSEY**
8
9  —————————————————————

| MRS.WORLD LLC | : | |
|---|---|---|
| Plaintiff | : | |
| | : | **COMPLAINT FOR** |
| **v.** | : | **TORTIOUS** |
| | : | **INTERFERENCE WITH A** |
| **TANA JOHNSON** | : | **CONTRACT; TORTIOUS** |
| **Defendant** | : | **INTERFERENCE WITH** |
| | : | **PROSPECTIVE ECONOMIC** |
| | : | **ADVANTAGE; AND DEMAND** |
| | : | **FOR JURY TRIAL** |

15

16      Plaintiff, MRS. WORLD LLC, by and through its

17  attorney, the Law Offices of Pasquale F. Giannetta,

18  alleges against Defendant TANA JOHNSON, as follows:

19

20

21

22

1 **INTRODUCTION**

2 1.   Plaintiff, Mrs. World LLC is a domestic limited

3    liability company formed and registered in New

4    Jersey.

5 2.   Mrs. World LLC is the is the license holder of the

6    "Mrs. World 2021" Beauty Pageant.

7 3.   Alice Lee Giannetta is the sole member of Mrs.

8    World LLC.

9 4.   On or about March 4, 2020, Mrs. World LLC entered a

10    contract for $75,000 with The Sri Lanka Partners[1]

11    to host the Mrs. World 2021 Beauty Pageant in Sri

12    Lanka ("March Contract").

13 5.   On or around March 4, 2020, Alice Lee Giannetta

14    participated in a press conference to launch the

15    Mrs. World 2021 Beauty Pageant in Colombo Sri

16    Lanka.

17 6.   Defendant Tana Johnson holds herself out to be the

18 Vice President of Mrs. World Incorporated.

---

[1] Sri Lanka Partners are: Vogue Jewelers, Chandimal Jayasinghe and the Lifestyle Company.

7.   Defendant Tana Johnson has no prior relationships with any of the Sri Lanka Partners.

8.    Defendant Johnson was not a party to the March Contract.

9.    Defendant Tana Johnson was fully aware that the Plaintiff Mrs. World LLC entered into the March Contract with the Sri Lanka Partners.

10.    On or before May 4, 2020, Defendant Johnson emailed a libelous press release to many business associates of the Plaintiff including but not limited to the Sri Lanka Partners.

11. As the result of Defendant Johnson's intentional libel, the Sri Lanka Partners wrote to the Plaintiff to terminate their business dealings with the Plaintiff and cited to Defendant Johnson's libelous press release as the direct cause of the termination.

12.   The Plaintiff has been irreparably harmed by the Defendant's unlawful and libelous defamatory statements.

3

1  13.   By this action, the Plaintiff seeks to hold the

2  Defendant    accountable    for    her    malicious    and

3  reprehensible conduct.

4                          **PARTIES**

5  14.   Plaintiff Mrs. World LLC is a domestic limited

6  liability company registered in New Jersey.

7  15.   Defendant Tana Johnson is a resident of Montana.

8

9                  **JURISDICTION AND VENUE**

10  16.   The court has subject matter jurisdiction over
11  the

12  Plaintiff's claims pursuant to 28 USC § 1332(a)(2)

13  because the claim is between citizens of different

14  states  and  the  amount  in  controversy  exceeds

15  $75,000.00.

16  17.   Plaintiff is a citizen of New Jersey.  Defendant

17  is a citizen of Montana.

18  18.   Venue is appropriate in this judicial district

19  pursuant to 28 USC § 1391(b)(3) because the Defendant

20  is subject to personal jurisdiction in this district.

19. This court has personal jurisdiction over Defendant Tana Johnson because she purposefully availed her wrongful conduct of tortious interference with a contract against the Plaintiff, a New Jersey citizen.

20.   The claim alleged herein arises out of Defendant Johnson's intentional act directed at the forum state of New Jersey, as Johnson intentionally published the libelous press release to the Plaintiff's business associates ("The Sri Lanka Partners") to molest and disrupt the business dealings of the Plaintiff, a citizen of New Jersey.

21.   As a result, it is reasonably foreseeable for Defendant Johnson to expect to be hauled into Court in New Jersey.

## **FACTS**

22.   Plaintiff Mrs. World LLC is the license holder of the "Mrs. World 2021" Beauty Pageant.

1  23.   Alice Lee Giannetta is the sole member of Mrs.
2  World LLC.

3  24. Mrs. Giannetta has traveled to Sri Lanka for many
4  years and developed relationships with various
5  businesses in Sri Lanka.

6  25.   On or about March 4, 2020, the Plaintiff, Mrs.
7  World LLC entered into a contract ("March Contract")
8  with the Sri Lanka Partners to host the Mrs. World 2021
9  Beauty Pageant in Sri Lanka.

10 26. Defendant Johnson was fully aware that the
11  Plaintiff entered into the March Contract with the
12  Sri Lanka Partners.

13 27. Defendant Johnson was fully aware that Alice Lee
14  Giannetta is the sole member of Mrs. World LLC.

15 28.  Defendant Johnson has no prior relationship with
16  any of the Sri Lanka Partners.

17 29. Defendant Johnson has never traveled to Sri Lanka
18  and has never met any of the Sri Lanka Partners.

1  30. Defendant Johnson is not a party to the March
2   Contract.

3  31.  Defendant Johnson became aware that the Plaintiff
4   was negotiating with the Sri Lanka Partners to host
5   another pageant/fashion event for Fall 2021.

6  32.   Upon information and belief, on or before May
7  4, 2020, Defendant Johnson authored, published, and
8  emailed a libelous press release to the Sri Lanka
9  Partners.

10  33.   Defendant Johnson emailed a libelous press
11   release to create discord between the Plaintiff and
12   the Sri Lanka Partners with purpose to disrupt the
13   March Contract that the Plaintiff entered into.

14  34.  In this defamatory and libelous press
15  release, the Defendant maliciously claim that the
16  Plaintiff **misappropriated** the funds and revenues from
17  the Sri Lanka Partners and called the Plaintiff a **"liar
18  and a thief"**.

19

1  35.   Notwithstanding, the press release also

2  attempts   to   interfere   with   the   Plaintiff's   future

3  economic interest by directly urging others to not join

4  the Plaintiff: **"Don't be dragged into her now well**

5  **known web of ugliness, The spots on the Leopard do not**

6  **change"**.

7  36.   Defendant Johnson' Press Release penultimate

8  paragraph stated: **"If any of you paid monies to her**

9  **[Plaintiff] for any purported Mrs. World [2021] related**

10  **purpose - that's money stolen! We urge you demand it**

11  **returned to you immediately…..Failure for her to return**

12  **said sums in our opinion elevates the matter to a**

13  **criminal level. We would suggest you approach the US**

14  **Consulate to report the issue for their advice. We**

15  **regret all of this but it's done not by us!**

16  37.   As the result of Defendant Johnson's malicious

17  wrongdoing, on or about May 6, 2020 the Plaintiff

18  received   an   email   from   the   Sri   Lanka   Partners

19  indicating that they no longer want to do business with

20  the Plaintiff.

8

1  38.   In addition, as the result of Defendant Johnson's

2  wrongdoing, the Sri Lanka Partners terminated the March

3  Contract with the Plaintiff and entered into a contract

4  to host the Mrs. World 2021 Beauty Pageant with the

5  Defendant instead; the exact same deal that the

6  Plaintiff secured; with all the parties that were

7  procured exclusively by the Plaintiff.

8  39.   Defendant Johnson has maliciously interfered with

9  the Plaintiff's March Contract and unjustly enriched

10  herself. By disrupting the Plaintiff's March Contract,

11  Defendant Johnson vultured the Plaintiff's business

12  deal to host the Mrs. World 2021 Beauty Pageant.

13  40.   On or about May 7, 2020 the Plaintiff

14  received an email from the Sri Lanka Partners demanding

15  return of the deposit monies from the March Contract,

16  citing exclusively to the defamatory press release they

17  received from the Defendant.

18  41.   In addition, one of the Sri Lanka Partners had

19   communicated verbally with the Plaintiff via "Whats

1   App" to advise her that they were no longer

2   discussing pageant/fall fashion events with her in

3   the future.

4   42.   The statements made by the Defendant in the

5   defamatory press release was not privileged, they were

6   intended to be and are false and malicious and were

7   made with reckless disregard to the truth.  They were

8   made with intentions to not only terminate the March

9   contract that the Plaintiff entered into with the Sri

10   Lanka Partners, but to also prevent the Plaintiff from

11   entering into any future contracts or any future

12   business dealings in the pageant world business.

13   43.   On average, there is approximately 40

14   Contestants who enter the pageant.

15   44.   Therefore, in addition to the $75,000.00

16   economic loss from the March contract, the Plaintiff

17   could have expected to receive between $66,000.00 and

18   $100,000.00 entrance fee from the contestants.

19

1

2                  **FIRST CAUSE OF ACTION**

3    **(Tortious Interference with a Contractual Relation)**

4 45. The Plaintiff restates and realleges the

5 allegations set forth in paragraphs 1-44 and

6 incorporates them by reference.

7 46. On or about March 4, 2020, the Plaintiff, Mrs.

8 World LLC, entered a contract for $75,000 with the Sri

9 Lanka Partners to host the Mrs. World 2021 Beauty

10 Pageant in Colombo, Sri Lanka ("The March Contract").

11 47. Defendant Johnson was aware of the Plaintiff's

12 March Contract with the Sri Lanka Partners. Defendant

13 Johnson was not a party to the March Contract.

14 48. On or before May 4, 2020, the Defendant emailed a

15 malicious and defamatory press release to the Sri Lanka

16 Partners to disrupt the March Contract.

17 49. Defendant Johnson's wrongdoing directly caused

18 actual damage to the Plaintiff.

19 50. As a result of the defamatory press

1  release  that the Defendant emailed directly to the Sri

2  Lanka Partners, the Sri Lanka Partners advised the

3  Plaintiff that they no longer were interested in doing

4  business with the Plaintiff and that they will do

5  business with the Defendant instead.

6  51.   The Defendant improperly molested and interfered

7  with the Plaintiff's March Contract by sending this

8  defamatory press release to the Sri Lanka Partners.

9  52.   The Defendant unjustly enriched herself through

10  her wrongdoing, by disrupting the March Contract and

11  stealing the business that the Plaintiff procured with

12  the Sri Lanka Partners.

13  53.  The false and libelous press release was

14  intentionally designed to disrupt the Plaintiff's March

15  Contract by damaging the Plaintiff's reputation with

16  the Sri Lanka Partners.

17  54. On average, there is approximately 40 contestants

18  who enter into the Mrs. World pageant. Each contestant

19  pays an entrance fee to participate.

12

55. Therefore, in addition to the $75,000 economic loss, the Plaintiff could have expected to receive between $66,000 and $100,000 entrance fees from the contestants.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff respectfully prays for judgment against the Defendant as follows:

1. Compensatory damage in the amount of Three Hundred and Fifty Thousand Dollars; or as will be proven at trial;

2. Punitive damages;

3. Awarding Plaintiff's costs of this action including attorney's fees;

4. Granting other relief in which the Court may deem just and proper.

**SECOND CAUSE OF ACTION**

**(Tortious Interference with Prospective Economic Advantage)**

56.    The Plaintiff restates and realleges the allegations set forth in Paragraphs 1-55 and incorporates them by reference.

57.    On or about March 4, 2020.  Plaintiff Mrs. World LLC entered into a contract with the Sri Lanka Partners to host the Mrs. World 2021 Beauty Pageant for $75,000.00.

58.    Defendant Johnson was aware of the Plaintiff's March Contract and Defendant Johnson was not a party to the March Contract.

59.    Defendant also became aware that the Plaintiff was negotiating with the Sri Lanka Partners to host another pageant/ fashion event for the Fall of 2021.

1  60.    On or before May 4, 2020, the Defendant emailed

2  the defamatory press release to the Sri Lanka Partners

3   61.    As a result of the defamatory press

4  release emailed directly to the Sri Lanka Partners, the

5  Sri Lanka Partners advised the Plaintiff that they no

6  longer  were  interested  in  doing  business  with  the

7  Plaintiff  and  that  they,  in  fact,  had  contracted

8  directly with the Defendant.

9  62.    The Defendant improperly interfered with the

10  Plaintiff's  prospective  business  relationships  by

11  sending  the  defamatory  press  release  to  the  Sri  Lanka

12  Partners.

13  63.    The false and libelous press release was

14  intentionally  designed  to  disrupt  the  Plaintiff's

15  prospective  business  relationship  by  damaging  the

16  Plaintiff's reputation with the Sri Lanka Partners.

17  64.    The  Defendant  published  and  distributed  the

18  libelous  press  release  with  the  explicit  intent  to

19  disrupt  the  Plaintiff's  March  Contract  with  the  Sri

1   Lanka Partners, and to disrupt and/or prevent any

2   future business relationship between the Plaintiff and

3   the Sri Lanka Partners.

4   65.    It is foreseeable that making defamatory

5   statements such as the libelous press release would

6   result in great harm to the Plaintiff.

7   66.    Notwithstanding, in the defamatory press

8   release published by the Defendant, the Defendant

9   specifically addressed that the Plaintiff would a

10  direct competitor of the Defendant.  By publishing this

11  defamatory press release to the Plaintiff's business

12  associates, including but not limited to the Sri Lanka

13  Partners, it was the Defendant' intent to prevent the

14  Plaintiff from procuring any future pageant business

15  anywhere, or to become a competitor at all.

16  67.    As the direct result of the Defendant's libelous

17  press release, the Sri Lanka Partners withdrew their

18  offer to plan a fashion/pageant event with the

19  Plaintiff in the fall/ winter of 2021.

68.      On average, there is approximately 40 contestants who enter the Mrs. World pageant. Each contestant pays an entrance fee to participate.

69.      Therefore, in addition to the $75,000.00 economic loss, the Plaintiff could have expected to receive between $66,000.00 and $100,000.00 entrance fees from the contestants.

## **PRAYER FOR RELIEF**

 **WHEREFORE,** Plaintiff respectfully prays for judgment against the Defendant as follows:

1. General damages in the amount of Three Hundred Fifty Thousand or as will be proven at trial;

2. Punitive Damages;

3. Awarding Plaintiff's costs of this action including attorney's fees;

4. Granting other relief in which the Court may deem just and proper.

```
 1

 2   January 19, 2021

 3

 4                          Respectfully submitted,

 5                          s/ Pasquale F. Giannetta
 6
 7                          Pasquale F. Giannetta, Esq.
 8                   Law Offices of Pasquale F. Giannetta
 9                          Pat@GiannettaLaw.com
10                          475 Bloomfield Avenue
11                          Newark, NJ 07107
12                          (973) 482-7910
```